Form definmgt

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
## Eastern Division
## 219 S Dearborn
## 7th Floor
## Chicago, IL 60604

In Re:

Victoria L Gieske
5274 Eastwood Ct
Plainfield, IL 60586
SSN: xxx−xx−4508  EIN: N.A.

Case No. : 16−25095
Chapter : 7
Judge : Pamela S. Hollis

## NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 7 OR CHAPTER 11 CASES
## OF REQUIRED DOCUMENT FOR DISCHARGE

Unless an approved Personal Financial Management Course Provider has notified the Court that you have completed the course, you must complete and file Certification About a Financial Management Course (Official Form 423) pursuant to Bankruptcy Rule 1007(b)(7). Please include the certificate number on Official Form 423 or attach the certificate you received from the approved Personal Financial Management Course Provider.

A list of "Approved Debtor Education Providers" is available at the U.S. Trustee's website at www.justice.gov/ust/eo/bapcpa/ccde/index.htm.

Official Form 423 is available at our website at www.ilnb.uscourts.gov/Forms/

You must file Official Form 423 within 60 days after the first date set for the meeting of creditors under § 341. If you do not file Official Form 423, your case will be closed without a discharge. You will still be liable for the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

If you are represented by an attorney, please contact your attorney for guidance.

If you have any questions about submitting the form, please call 312−408−5000.

FOR THE COURT

Dated: January 12, 2019

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:
Victoria L Gieske
      Debtor

Case No. 16-25095-PSH
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: admin     Page 1 of 1     Date Rcvd: Jan 14, 2019
                      Form ID: definmgt     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2019.
db            +Victoria L Gieske,    5274 Eastwood Ct,    Plainfield, IL 60586-7098

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2019                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2019 at the address(es) listed below:
         Gerald  Mylander    on behalf of Trustee Glenn B Stearns mcguckin_m@lisle13.com
         James A Webb    on behalf of Creditor    Wesmere Country Club Association jim@keaycostello.com
         James M Philbrick    on behalf of Creditor    Ally Financial Inc. f/k/a GMAC Inc.
          jmphilbrick@att.net
         Laura A. Hrisko    on behalf of Creditor    PNC Bank, National Association ND-Two@il.cslegal.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Peter N Metrou    trustee7@metandnem.com,    met.trustee7@att.net,pmetrou@ecf.epiqsystems.com
         Rachael A Stokas    on behalf of Creditor    PNC Bank, National Association ND-Two@il.cslegal.com
         Ronald D Cummings    on behalf of Debtor 1 Victoria L Gieske bankruptcylawyer@sbcglobal.net,
          atty_cummings@bluestylus.com;d.rr70829@notify.bestcase.com
                                                                                                                                 TOTAL: 8